IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CRIMINAL NO. MJG-02-0295 |
| GEORGE PAUL CHAMBERS | * | |

* * * * * * * * *

## MEMORANDUM AND ORDER RE: RECONSIDERATION

The Court has before it the Motion for Reconsideration of Court's Order Denying Motion for Early Termination of Supervised Release filed by Defendant Chambers. The Court finds that neither a response nor a hearing is necessary.

In the absence of an affirmative recommendation from the Probation Officer and Government counsel, the Court finds no reason whatsoever to reconsider the denial of early termination. Moreover, the Court would not necessarily agree with such a recommendation if made by the Probation Officer and Government counsel.

For the foregoing reasons, the Motion for Reconsideration of Court's Order Denying Motion for Early Termination of Supervised Release filed by Defendant Chambers is DENIED.

SO ORDERED, on Monday, September 26, 2011.

/s/
Marvin J. Garbis
United States District Judge